FILED

MAR 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR930-LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JOSE ESTRADA-HERNANDEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about _April 17, 2007_, within the Southern District of California, defendant JOSE ESTRADA-HERNANDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state _his last name was Garcia_, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: _March 27, 2008_.

KAREN P. HEWITT
United States Attorney

_/s/_
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:3/6/08